**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on November 13, 2020

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | **VIOLATIONS:** |
| **MARK A. BLUE, and** | : | **18 U.S.C. § 1201(c)(1)** |
| **NICK A. SAVOY,** | : | **(Conspiracy to Commit Kidnapping)** |
| | : | **22 D.C. Code §§ 3002(a)(1),(2), 3020(a)(4)** |
| Defendants. | : | **(First Degree Sexual Abuse** |
| | : | **(Aggravating Circumstances)** |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about December 3, 2018, within the District of Columbia, the State of Maryland, and elsewhere, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1201(a)(1).

1. It was a part and object of the conspiracy that the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, would unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold, J.S., and, in committing and in furtherance of the commission of the offense, would willfully transport and travel in interstate commerce from the State of Maryland to the District of Columbia.

## OVERT ACTS

2.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the District of Columbia, the State of Maryland, and elsewhere:

   a. On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, travelled via automobile from the District of Columbia, to Prince George's County in the State of Maryland.

   b. On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, located J.S. walking down a sidewalk in Prince George's County in the State of Maryland.

   c. On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, stopped the automobile and approached J.S.

   d. On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, robbed J.S. of her belongings by the use of force and threats.

   e. On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away J.S., from the State of Maryland and transported her in interstate commerce to the District of Columbia via automobile.

   f. On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, forced J.S. to withdraw money from her bank account without J.S.'s consent by forcing and threatening her to divulge her pin number.

g.      On or about December 3, 2018, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, sexually abused J.S.

(**Conspiracy to Commit Kidnapping**, in violation of Title 18, United States Code, Section 1201(c))

## COUNT TWO

On or about December 3, 2018, within the District of Columbia, the defendants, **MARK A. BLUE** and **NICK A. SAVOY**, engaged in a sexual act with J.S., that is, penetration of J.S.'s vulva by MARK A. BLUE's penis and penetration of J.S.'s mouth by NICK A. SAVOY's penis, by using force against J.S. and by threatening and placing J.S. in reasonable fear that J.S. would be subjected to death, bodily injury, and kidnapping.

Further, MARK A. BLUE was aided and abetted by 1 or more accomplices, that is NICK A. SAVOY, and NICK A. SAVOY was aided and abetted by 1 or more accomplices, that is MARK A. BLUE.

(**First Degree Sexual Abuse (Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3002(a)(1) and (2) and 3020(a)(4))

A TRUE BILL

FOREPERSON

*Channing D Phillips / JSL*
Attorney for the United States in
and for the District of Columbia