## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-221 (CJN)** |
| | : | |
| v. | : | |
| | : | |
| **MARK A. BLUE, and** | : | |
| **NICK A. SAVOY,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF LETTER PROVIDED TO DEFENSE COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby gives notice that the United States gave to counsel of record in the above-captioned case via email on August 19, 2021, the discovery listed in the attached letter on the dates set forth in the letter. The government requests that the attached discovery letter, dated August 19, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   */s/ Emory V. Cole*
Emory V. Cole
PA Bar #49136
JASON FELDMAN
DC Bar #1023334
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7692

## CERTIFICATE OF SERVICE

On August 19, 2021, a copy of the foregoing notice and attached discovery letter were served on defendants' counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

By: /s/ Emory V. Cole
Emory V. Cole
Jason Feldman
Assistant United States Attorneys