# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 21-cr-221 (CJN) |
| **v.** : | |
| : | |
| **MARK BLUE, and** : | |
| **NICK SAVOY** : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that the government will be represented in the above-captioned matter by Assistant United States Attorney Stuart Allen, who will join the other counsel for the government who have previously filed their appearances in the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: _/s/ Stuart Allen_____
Stuart D. Allen
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 Fourth Street, N.W., Eleventh Floor
Washington, D.C. 20530
(202) 252-7794
stuart.allen@usdoj.gov

Dated: February 22, 2022