UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-221 |
| v. : | |
| : | |
| MARK BLUE : | |
| : | |
| Defendant. : | |

**NOTICE OF FILING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, requests that the attached letter, dated February 16, 2024, be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Rachel Forman*
Rachel Forman
Caroline Burrell
Assistant United States Attorneys
601 D. St N.W.
Washington, D.C. 20530
(202) 252-6916
(202) 252-6950
rachel.forman2@usdoj.gov
caroline.burrell@usdoj.gov



U.S. Department of Justice

Matthew Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 16, 2024

**VIA ELECTRONIC MAIL**
Robert Feitel, Esq.

         *Re:*    <u>United States v. Mark Blue</u> (Crim. No. 21-CR-00221)

Dear Counsel:

      We are writing pursuant to Rule 16 of the Federal Rules of Criminal Procedure to inform you that the Government intends to call Sara Jennings, DNP, RN, SANE-A, SANE-B, AFN-BC, NPD-BC as an expert witness at trial in the above referenced matter as an expert in sexual assault and abuse, sexual assault injuries (or the lack thereof), and sexual assault examinations done by Sexual Assault Nurse Examiners.

      Ms. Jennings' testimony will include information on female genital anatomy, the healing of injuries, and the significance of the presence or absence of genital injury in sexual assault cases. Ms. Jennings may utilize or reference a diagram or model of the female genital anatomy, and other visual aids, during the course of her testimony at trial. Ms. Jennings also will testify regarding what may and may not be gleaned from the presence or absence of certain injuries in cases involving allegations of sexual assault in women of child-bearing age, and the frequency and types of injuries she has observed in her own practice and as reported in the medical literature. She will explain that the absence of genital injury is not inconsistent with having been sexually assaulted, and that it is not uncommon to have normal findings (or an absence of injury/other findings) in sexual assault cases, particularly in women of child-bearing age. She is expected to testify that a female of child-bearing age often shows no signs of vaginal trauma/injury after being sexually assaulted/raped by a penis. She will explain that the vagina is elastic and self-lubricating and that its role in the reproductive system allows for both sexual intercourse and childbirth as a basic anatomical function.

      Ms. Jennings' testimony will also include information on the significance of the presence or absence of injuries visualized during a strangulation exam. She will explain that in general, it is not uncommon for patients who have been strangled to present without any visible findings. She will also testify that an examiner's ability to visualize a bruise (or contusion) during a forensic examination is dependent on the patient's skin tone, and that bruising is less often visualized in patients with darker skin tones.

2

Furthermore, she is expected to testify that medical literature on this issue validates her own clinical observations. She will explain how this conclusion was reached and why this is so, including, for example, factors such as the age of the complainant and the elasticity of the female genital anatomy.

Ms. Jennings' opinions are based on her own experience conducting sexual abuse/assault and other medical examinations, and her medical training and education. Ms. Jennings' curriculum vitae has previously been provided and a list of the cases she has testified in as an expert and her publications is attached below.

If you require any additional information to understand Ms. Jennings' qualifications, expected testimony, or the basis for the expert's opinions, please contact me. Please also do not hesitate to contact me should you like to arrange a time to speak with the expert prior to trial. The government reserves the right to supplement this notice prior to trial pursuant to Fed. R. Crim. Pro. 16(a)(1)(G)(vi).

Sincerely,

*/s/ Rachel Forman*
Caroline Burrell
Rachel Forman
Assistant United States Attorneys

SIGNED BY:    */s/ Sarah Jennings*
Sara Jennings

Cases in which Ms. Jennings has testified as an expert:

Commonwealth v. Devonate Blagmon (Virginia Beach Circuit Court) (2024)
Commonwealth v. David Cunningham (Alexandria Circuit Court) (2023)
State of West Virginia v. Lotta M. Gray (2022)

Ms. Jennings does not have records of the cases in which she testified as an expert prior to 2022.

Publications:

Wickwire KA, Valentine JL, Downing N, Cochran CB, Drake S, Sekula LK, Jennings S. Forensic Nursing Research: The Basics Explained. J Forensic Nurs. 2021 Jul-Sep 01;17(3):173-181. doi: 10.1097/JFN.0000000000000336. PMID: 34162802.\

IAFN Sexual Assault Nurse Examination Certification; Chapter 7 – "Medical Forensic Evidence Collection from the Sexual Assault Patient" (Nov. 2020)

*Forensic Nursing : Scope and Standards of Practice / International Association of Forensic Nurses.* Silver Spring, Md: American Nurses Association, 2009. Print.